```
JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416
```

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 11-02661 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Jee T. Kuen, aka Raymond Jee, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Jee T. Kuen, aka Raymond Jee, in the principal amount of $4,137.25 plus interest accrued to March 25, 2011, in the sum of $4,991.79; with interest accruing thereafter at the daily rate of $0.39 until entry of judgment, for a total amount of $**9,129.04**.

DATED: April 22, 2011             By: Terry Nafisi
                                      Clerk of the Court

                                      A. Martinez
                                      Deputy Clerk
                                      United States District Court